UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEYLA MARIE CORTES OLAZAGASTI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | Case No. 1:20-cv-03338 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MEGAN E. SHANNON

Counsel for Plaintiff, Stephan Zouras, LLP, moves as follows pursuant to Local Rule 83.17 of the Northern District of Illinois:

1. Stephan Zouras, LLP hereby moves this Court, pursuant to Local Rule 83.17 for leave to withdraw the appearance of Megan E. Shannon as counsel for Plaintiff in this action. Megan E. Shannon is no longer employed at Stephan Zouras, LLP.

2. Stephan Zouras, LLP, and its attorneys of record, continue to represent Plaintiff.

3. The withdrawal of Megan E. Shannon is not interposed for purposes of harassment or delay, and no party will be prejudiced by the Court's granting of this motion.

Wherefore, Stephan Zouras, LLP moves this Honorable Court for an Order granting leave to withdraw Megan E. Shannon as counsel for Plaintiff and that the minute order direct the Court Clerk to remove her from the service list.

Dated: February 22, 2022

Respectfully submitted,

 /s/ Catherine T. Mitchell
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
312-233-1560 f

**ATTORNEY FOR THE PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, an attorney, hereby certify that on February 22, 2022, a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MEGAN E. SHANNON** was electronically filed via this Court's CM/ECF system which will send notification of such filing to the listed attorneys of record below.

>Gray Mateo-Harris
>Colin D. Dougherty
>Kelsey Schmidt
>Fox Rothschild, LLP.
>321 N. Clark Street, Suite 1600
>Chicago, IL 60654
>(312) 517-9292
>Gmateo-harris@foxrothschild.com
>Cdougherty@foxrothschild.com
>Kschmidt@foxrothschild.com

*/s/ Catherine T. Mitchell*