# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEYLA MARIE CORTES OLAZAGASTI, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>WALGREEN CO.<br><br>      Defendant. | Case No. 1:20-CV-03338 |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff Leyla Marie Cortes Olazagasti ("Plaintiff" or Olazagasti"), individually and on behalf of all current Opt-In Plaintiffs and all others similarly situated ("Plaintiffs" or "Plaintiffs and the Collective Members"), files this Unopposed Motion for Approval of FLSA Settlement and Dismissal with Prejudice (the "Motion") seeking the Court's approval of the Settlement Agreement and Release, attached hereto as Exhibit 1, along with all exhibits thereto ("Settlement Agreement"). Approval of the proposed Settlement Agreement is further supported by the attached Memorandum of Law. The Parties further state:

1. A *bona fide* dispute exists between Plaintiffs and Defendant.

2. The terms and conditions of the proposed settlement between Plaintiffs and Defendant, as defined and described in the Settlement Agreement, are fair, reasonable, and adequate.

3. That the method of allocating a settlement award to Plaintiff Olazagasti and each Opt-In Plaintiff is fair, reasonable, and adequate.

4. That the attorneys' fees and costs are fair, reasonable, and adequate.

5. The Parties agree to the relief requested herein.

Date:   July 28, 2022					Respectfully submitted,

										**STEPHAN ZOURAS, LLP**

							By:		/s/ *Ryan F. Stephan*
										**Ryan F. Stephan**
										rstephan@stephanzouras.com
										**James B. Zouras**
										jzouras@stephanzouras.com
										**Anna M. Ceragioli**
										aceragioli@stephanzouras.cm
										100 N. Riverside Plaza, Suite 2150
										Chicago, Illinois 60606
										312.233.1550
										312.233.1560 *f*
										Firm ID: 43734

										**ANDERSON ALEXANDER, PLLC**

							By:		/s/ *Clif Alexander*
										**Clif Alexander** *(Admitted Pro Hac Vice)*
										Texas Bar No. 24064805
										clif@a2xlaw.com
										**Austin Anderson** *(Admitted Pro Hac Vice)*
										Texas Bar No. 24045189
										austin@a2xlaw.com
										819 N. Upper Broadway
										Corpus Christi, Texas 78401
										Telephone: (361) 452-1279
										Facsimile: (361) 452-1284

										*Attorneys in Charge for Plaintiff and Opt-In Plaintiffs*


										**FOX ROTHSCHILD LLP**

							By:		/s/  *Gray I. Mateo-Harris*
										Gray Mateo-Harris (ARDC No. 6297139)
										Colin D. Dougherty (ARDC No. 6326337)
										Kelsey Schmidt (ARDC No. 6321457)
										321 N. Clark Street, Suite 1600
										Chicago, Illinois 60654
										Telephone: (312) 517-9292
										Gmateo-harris@foxrothschild.com
										Cdougherty@foxrothschild.com
										Kschmidt@foxrothschild.com

										*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            /s/ *Clif Alexander*
                                            Clif Alexander