UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEYLA MARIE CORTES OLAZAGASTI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WALGREEN CO.<br><br>    Defendant. | Case No. 1:20-CV-03338 |

## ORDER

After a review of the Plaintiff's Unopposed Motion for Approval of FLSA Settlement Agreement and Release (the "Motion"), the Declaration of Collective Counsel, and the Settlement Agreement, along with all exhibits thereto, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act.

ACCORDINGLY, it is hereby ORDERED AND ADJUDGED as follows:

1. The Proposed Settlement is APPROVED, including, but not limited to, the Service Awards, attorneys' fees and costs to Plaintiffs' Counsel, and Notice Process.

2. That for purposes of settlement only, an FLSA collective action is further certified, consisting of the following:

> All current and former hourly call-center employees who worked for Walgreen Co. at any time from June 5, 2017 through November 22, 2021 and all hourly call-center employees who have previously filed a consent to join this Lawsuit.

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- Rust Consulting, Inc. will serve as "Settlement Administrator" in providing notice, claim process and administration services under the Settlement Agreement;

- Named Plaintiff is appointed as the representative for the Settlement Collective; and

- Collective Counsel (Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC and Stephan Zouras, of Stephan Zouras, LLP) are approved as Collective Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Collective Notice Packet attached to the Settlement Agreement, are proper, comport with due process, and are hereby approved and authorized for distribution to Collective Members.

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time necessary to administer the settlement, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and <u>without</u> attorney fees or costs, except as provided in the Settlement Agreement.

ORDERED this 1st day of August, 2022.

_____
HON. VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE